## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KEVIN IMMEL,                                                      PLAINTIFF
ADC #660654

v.                              3:19CV00229-KGB-JTK

SUSAN COX                                                         DEFENDANT

## ORDER

By Order dated August 23, 2019, this Court granted Plaintiff's Motion to Proceed in forma pauperis in this 42 U.S.C. § 1983 action, and directed him to submit an Amended Complaint within thirty days. (Doc. No. 3) On September 18, 2019, the Court received from Plaintiff a Notice of a change in address. (Doc. No. 5)   Therefore, the Plaintiff shall have an additional thirty days in which to file an Amended Complaint in accordance with the August 23, 2019 Order.

The Clerk shall forward to Plaintiff a copy of the August 23, 2019 Orders (Doc. Nos. 3, 4).

IT IS SO ORDERED this 2nd day of October, 2019.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE