THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN IMMEL, ADC #660654**                                        **PLAINTIFF**

**v.**                      **Case No. 3:19-cv-00229-KGB**

**SUSAN COX**                                                    **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Kevin Immel's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 29th day of September, 2020.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge