THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN IMMEL, ADC #660654**                                                                 **PLAINTIFF**

v.                          Case No. 3:19-cv-00229-KGB

**SUSAN COX**                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Kevin Immel's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 25th day of January, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge